UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-04517 CBM (RZx) | Date | July 18, 2014 |
|---|---|---|---|

| Title | *Williams v. City of Los Angeles* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES
**ORDER TO SHOW CAUSE RE RELATED CASE**

    The Court granted an Order re: Transfer Pursuant to General Order 14-03 (Related Cases). It appears that the Plaintiff in this case (CV 14-04517) is a member of the certified class in *Willits v. City of Los Angeles*, 10-cv-05782. The Court hereby orders the Plaintiff to show cause as to why his complaint should not be dismissed based on the fact that Plaintiff is already represented as a class-member in *Willits*. Response to be filed no later than July 30, 2014.

    **IT IS SO ORDERED.**